AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT
☐ SUPERSEDING

*e-filing*

**OFFENSE CHARGED**

36 C.F.R. § 1004.23(a)(1) - Driving Under the Influence of Alcohol (Class B Misdemeanor); 36 C.F.R. § 1004.23(a)(2) - Driving with a Blood Alcohol Content Above 0.08% (Class B Misdemeanor)

☐ Petty
☐ Minor
☒ Misde-meanor
☐ Felony

PENALTY: 6 Months Imprisonment
$5,000 Fine
$10 Special Assessment

— Name of District Court, and/or Judge/Magistrate Location —

**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

— DEFENDANT - U.S —

▶ RAYMOND D. STAFFORD

DISTRICT COURT NUMBER

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

United States Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which was dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person
Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   ACADIA L. SENESE

**DEFENDANT**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes
been filed? ☐ No
} If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT
If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2

3

4                           E-filing                              

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,         )    No.
                                      )
13        Plaintiff,                  )    VIOLATIONS:  36 C.F.R. §1004.23(a)(1)
                                      )    - Operating a Motor Vehicle Under the
14    v.                              )    Influence of Alcohol (Class B
                                      )    Misdemeanor); 36 C.F.R. §1004.23(a)(2) -
15  RAYMOND D. STAFFORD,              )    Operating a Motor Vehicle with a Blood
                                      )    or Breath Alcohol Percentage of 0.08% or
16        Defendant.                  )    More (Class B Misdemeanor)
                                      )
17  _____)    SAN FRANCISCO VENUE

18

19                        I N F O R M A T I O N

20  The United States Attorney charges:

21  COUNT ONE: 36 C.F.R. § 1004.23(a)(1) - Operating a Motor Vehicle Under the Influence
                    of Alcohol
22

23  On or about July 20, 2010, in the Northern District of California, within the boundaries of

24  the Golden Gate National Recreation Area, the defendant,

25                          RAYMOND D. STAFFORD,

26  was operating and in actual physical control of a motor vehicle while under the influence of

27  alcohol to a degree that rendered him incapable of safe operation, in violation of Title 36,

28  Code of Federal Regulations, Section 1004.23(a)(1), a Class B Misdemeanor.

INFORMATION

1   <u>COUNT TWO</u>: 36 C.F.R. § 1004.23(a)(2) - Operating a Motor Vehicle with a Blood or
Breath Alcohol Percentage of 0.08% or More

2      On or about July 20, 2010, in the Northern District of California, within the boundaries of

3   an area administered by the Presidio Trust, the defendant,

4                             RAYMOND D. STAFFORD,

5   was operating and in actual physical control of a motor vehicle with a blood alcohol

6   concentration in his breath of over 0.08%, in violation of Title 36, Code of Federal

7   Regulations, Section 1004.23(a)(2), a Class B Misdemeanor.

8

9

10   DATED: October 13, 2010            MELINDA HAAG

11                                 United States Attorney

12

13

14                                 GREG CROWDER
                                Chief, Major Crimes Section

15

16   (Approved as to form:

17                ACADIA L. SENESE
               Special Assistant United States Attorney

18

19

20

21

22

23

24

25

26

27

28

INFORMATION