UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RAYMOND D. STAFFORD,<br><br>    Defendant.<br>_____/ | No. CR-10-0753 EMC<br><br>**PRETRIAL ORDER FOR CRIMINAL BENCH TRIAL** |

Trial will commence on June 23, 2011 from 9:30 a.m. to 4:30 p.m. in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file their trial briefs and shall exchange and provide to the Court two sets of pre-marked trial exhibits and witness lists no later than one week before trial (June 16, 2011).

IT IS SO ORDERED.

Dated: April 7, 2011

                                      EDWARD M. CHEN
                                    United States Magistrate Judge